**No. 64366.**—King Shipping Company *v.* United States, protest 59/20674 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64367.**—Aut Customs Brokers, Inc. *v.* United States, protest 59/27879 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64368.**—Trans-World Shipping Corp. *v.* United States, protest 59/28048 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64369.**—Arose Sales Company *v.* United States, protest 59/28489 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64370.**—Finnish Food Imports, Inc., and C. H. Timm & Son, Inc., et al. *v.* United States, protests 59/20888(A), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 64371.**—International Packers, Ltd. *v.* United States, protest 59/3961 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mutton similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is mutton, the claim of the plaintiff was sustained.